UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAHIM CALDWELL,

        Plaintiff,

   v.

AMAZON.COM SERVICES LLC, *et al.*,

        Defendants.

No. 1:22-cv-7251

**ORDER**

**O'HEARN, District Judge.**

This matter comes before the Court on Motions for Summary Judgment, (ECF Nos. 60, 74), and a Motion to Seal, (ECF No. 80), filed by Defendants Amazon.com Services LLC, Rebecca Preston, and Cori Konopka (collectively, "Defendants"). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 28th day of October, 2024,

**ORDERED** that Defendants' Motions for Summary Judgment, (ECF Nos. 60, 74), are **GRANTED** in their entirety; and it is further

**ORDERED** that Defendants' Motion to Seal, (ECF No. 80), is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail; and it is finally

**ORDERED** that the Clerk of the Court shall close this action.

*Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**